IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMMIE L. CARTER,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　16-cv-54-bbc

PATRICK C. HOOPER and
BRENT X. EXNER,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to exhaust his administrative remedies.

    /s/　　　　　　　　　　　　　　　　　　　　9/26/2016

Peter Oppeneer, Clerk of Court　　　　　　　　　　　Date